IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| FARRELL G. KELLY,<br>Plaintiff,<br><br>v.<br><br>CAROLYN SANGSTER, *et al.*,<br>Defendants. | ) | No. 1:26-cv-01000-JDB-tmp |

ORDER DISMISSING CASE WITH PREJUDICE,
CERTIFYING THAT APPEAL WOULD NOT BE TAKEN IN GOOD FAITH,
NOTIFYING PLAINTIFF OF APPELLATE FILING FEE AND STRIKE RECOMMENDATION,
DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL,
AND
CLOSING CASE

On January 2, 2026, the Plaintiff, Farrell Kelly, booking number 12973, who is currently incarcerated at the Haywood County Jail in Brownsville, Tennessee, filed a pro se civil complaint pursuant to 42 U.S.C. § 1983. (Docket Entry ("D.E.") 1.) On February 12, 2026, he moved for leave to proceed in forma pauperis ("IFP") (D.E. 4) and, the following day, filed a motion to amend his complaint (D.E. 5). The amended pleading was filed February 17, 2026. (D.E. 7.) On February 18, 2026, the Court granted leave to proceed IFP, assessed the $350 filing fee in accordance with the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. §§ 1915, *et seq*, and granted the motion to amend. (D.E. 6.) In March 2026, Plaintiff filed a second amended complaint (D.E. 8) and moved for a subpoena regarding his medical records and for summary judgment or a trial date (D.E. 10). On April 27, 2026, he moved for declaratory judgment. (D.E. 11.)

On July 27, 2026, the Court consolidated the complaint and amended complaints for the purpose of screening Kelly's claims pursuant to the PLRA. The Court dismissed the consolidated complaint without prejudice for failure to state a claim to relief, denied the pending motions, and granted leave to file an amended pleading within twenty-one days. (D.E. 12 (the "Screening Order").) The Court warned that, if Kelly "fail[ed] to file an amended complaint within the time specified, the Court will dismiss the case with prejudice and enter judgment." (*Id.* at PageID 62.) The deadline to amend expired on Monday, August 27, 2026, with no filings having been made by Plaintiff.

The Court therefore DISMISSES this matter WITH PREJUDICE in its entirety for the reasons articulated in the Screening Order. The Court recommends that this dismissal be treated as a strike pursuant to 28 U.S.C. § 1915(g). *See Simons v. Washington*, 996 F.3d 350, 353 (6th Cir. 2021).

The Clerk is DIRECTED to enter judgment in accordance with the Screening Order.

Further, pursuant to Federal Rule of Appellate Procedure 24(a) and § 1915(a)(3), it is CERTIFIED that any appeal in this action by Plaintiff would not be taken in good faith. If Kelly nevertheless chooses to file a notice of appeal, he must either pay the entire $605 appellate filing fee or submit a new IFP affidavit and, if incarcerated, a current, certified copy of his inmate trust account statement for the last six months, in compliance with §§ 1915(a)-(b).

IT IS SO ORDERED this 21st day of August 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE